# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162700

IRA O. KELLEY,
             Plaintiff-Appellant,

v

GENERAL MOTORS, LLC,
             Defendant-Appellee.

_____/

SC: 162700
COA: 344005
MCAC: 17-000039

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2021



Clerk